**Exhibit A to the Complaint**

**Location:** Rocky Hill, CT  **IP Address:** 32.214.203.82
**Total Works Infringed:** 31  **ISP:** Frontier Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | BA877FB300439624D1352F292355C21560EA01C7 | Tushy | 11/09/2018 08:28:53 | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 2 | 0B8C0195FD49271AF6719BF9978B5B8F793D7A05 | Blacked Raw | 09/21/2018 20:00:16 | 09/19/2018 | 11/01/2018 | 17093752155 |
| 3 | 1191E5317836736AEFC997F953E5BBCC1986ADB2 | Blacked | 09/14/2018 05:08:45 | 09/12/2018 | 11/01/2018 | 17093717893 |
| 4 | 14ABCC99DF68FF273CC50A7A6E523A50DE7104B4 | Blacked | 10/03/2018 16:35:48 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 5 | 1F8E3BA15892540FCB93D664E41FC79A83CF83C1 | Tushy | 08/20/2018 06:19:51 | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 6 | 2A5DD23DAB388B1F6BCEC9890840B719A3A7959B | Tushy | 09/01/2018 01:31:28 | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 7 | 2B4BBFA07BAFE8F50C4D8D94343FFA603A2A0631 | Blacked Raw | 08/31/2018 17:39:18 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 8 | 3692E64B8664C3D3531A2F31543FC7C24EEDC535 | Blacked Raw | 08/21/2018 02:06:57 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 9 | 3C4D518B184521DAD3E32C5B5B9EA0801F10DC4D | Blacked | 08/04/2018 09:16:42 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 10 | 3CCABFC134FEAA381A685B0213D2AA9C8FDC1541 | Vixen | 09/07/2018 06:58:32 | 09/06/2018 | 11/01/2018 | 17093718131 |
| 11 | 469595D1A9496423BFA01F9752C557CD11DE1AC2 | Blacked Raw | 09/14/2018 05:39:10 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 12 | 6088C05021BF2B3A40A587392CBAF1884311E344 | Vixen | 09/22/2018 03:22:16 | 09/21/2018 | 11/01/2018 | 17093751804 |
| 13 | 61D30E20F7DEF71FB40DCBAEFD33AE77A7C4F503 | Vixen | 10/08/2018 06:54:36 | 10/06/2018 | 11/01/2018 | 17094105481 |
| 14 | 694C87407B91D1BF4C643F68E133B474497DCFED | Blacked | 08/29/2018 08:46:06 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 15 | 771372AAF508645C00CA529EB97FA79AEB9D0A73 | Blacked Raw | 10/25/2018 14:27:07 | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 16 | 809D941FDB36D41313F9C38E85C62A85E05F941A | Tushy | 11/13/2018 14:06:30 | 11/12/2018 | 12/09/2018 | 17210310463 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 812F8C86F04B2DB47952A7844C50F944578529F4 | Blacked | 07/25/2018 09:31:15 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 18 | 8BA86A73784B989AD41CADCDAD31DFBF5FD7A5F7 | Blacked | 07/09/2018 21:09:30 | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 19 | 9072D152F29FABC6371A6A4734E391D76AC3E3BD | Blacked Raw | 11/09/2018 10:20:34 | 11/08/2018 | 12/09/2018 | 17210230993 |
| 20 | 95887EBE68E28B1DEC24F7CF3B1E40E93C9FC3A1 | Tushy | 10/25/2018 07:43:41 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 21 | A50350D44A79D13D21F6F255B1D2997C5AAB0EFD | Vixen | 11/12/2018 23:44:35 | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 22 | C22A549EAB38D96841B7AC1B1F530707060A09C0 | Blacked | 08/16/2018 06:54:42 | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 23 | C292EE73436F8751B8EB80362F5BBD66383D9403 | Blacked | 09/23/2018 07:35:27 | 09/22/2018 | 11/01/2018 | 17094105381 |
| 24 | CC07DA27361BB18CE071B371175D7F71F0C48572 | Tushy | 09/30/2018 01:42:53 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 25 | D2AFFCD6DBC300DF20B41EEE6B9447BAE944C111 | Tushy | 08/10/2018 11:14:00 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 26 | E4DC2F1298B3CF495C5190047C06BE0C0D6E5A64 | Tushy | 09/05/2018 12:16:35 | 09/03/2018 | 11/01/2018 | 17094105281 |
| 27 | E8195D8533BD66DD72B3546499A492B7AE8C4E0E | Blacked Raw | 10/21/2018 01:53:43 | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 28 | EAF66B260AAAEED6E818D95B9A78C4EC95D42DC8 | Vixen | 09/02/2018 10:47:31 | 09/01/2018 | 11/01/2018 | 17094105581 |
| 29 | EF8F25FCFDCBB1C426DCE922B3061F9161F9B06E | Tushy | 07/31/2018 05:31:54 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 30 | F29FB427E07BFCD850C0DF7DB1EDB5BE24C0267F | Blacked Raw | 11/19/2018 07:44:46 | 11/18/2018 | 12/09/2018 | 17210230873 |
| 31 | F46E8CA2C702733D8D93EF78D85C86E8F0658B49 | Vixen | 08/29/2018 07:56:26 | 08/27/2018 | 10/16/2018 | PA0002127789 |